L.L.C., Aaron James Weidenhaft, Ezko-vich & Company, LLC, New Orleans, LA, for Plaintiff–Appellee, Intervenor Plaintiff–Appellee.

Mark Lynn Clark, Robert Jeffrey Bridger, Esq., Thompson, Coe, Cousins & Irons, L.L.P., New Orleans, LA, for Defendant–Appellant.

Harold Kemler Watson, Ivan Mauricio Rodriguez, Chaffe McCall, L.L.P., Houston, TX, Alan R. Davis, Chaffe McCall, L.L.P., New Orleans, LA, for Amici Curiae Liberty Mutual Insurance Company, Liberty International Underwriters.

Richard K. Leefe, Attorney, Leefe, Gibbs, Sullivan, Dupre' & Aldous, L.L.C., Metairie, LA, for Amicus Curiae Crescent Energy Services, L.L.C.

Before STEWART, Chief Judge, JOLLY, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

**ARIANA M., Plaintiff–Appellant**

v.

**HUMANA HEALTH PLAN OF TEXAS, INCORPORATED, Defendant–Appellee**

No. 16-20174

United States Court of Appeals, Fifth Circuit.

FILED July 10, 2017

Peter S. Sessions, Esq., Kantor & Kantor, L.L.P., Northridge, CA, Amar B. Raval, Plummer Law Group, Houston, TX, for Plaintiff–Appellant.

Carlos Ramon Soltero, Rachael Kelly Padgett, McGinnis, Lochridge & Kilgore, L.L.P., Austin, TX, for Defendant–Appellee.

Mary Ellen E. Signorille, Senior Attorney, AARP Foundation Litigation, Washington, DC, for Amicus Curiae American Association of Retired Persons.

Cynthia Morales, Office of the Attorney General, Financial Litigation & Charitable Trusts Division, Austin, TX, for Amicus Curiae Texas Department of Insurance.

Alicia M. Paulino-Grisham, Paulino-Grisham, Smith & Chmielarz, P.A., Fort Lauderdale, FL, for Amicus Curiae Alliance for Eating Disorders Awareness.

Joseph Ross Matetich, Office of Public Insurance Counsel for the State of Texas, Austin, TX, for Amicus Curiae Texas Office of Public Insurance Counsel.

Before STEWART, Chief Judge, JOLLY, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

**Lisa Jo CHAMBERLIN,
Petitioner–Appellee**

v.

**Marshall L. FISHER, Commissioner, Mississippi Department of Corrections, Respondent–Appellant**

No. 15-70012

United States Court of Appeals, Fifth Circuit.

FILED July 10, 2017

Elizabeth Unger Carlyle, Kansas City, MO, Michael James Bentley, Esq., Michael Leland Cowan, Alicia Kate Margolis, Esq., Attorney, Bradley Arant Boult Cummings, L.L.P., Jackson, MS, for Petitioner–Appellee.

Cameron Leigh Benton, Special Attorney to the Attorney General, Marvin Luther White, Jr., Esq., Assistant Attorney General, Office of the Attorney General for the State of Mississippi, Jackson, MS, for Respondent–Appellant.

Before STEWART, Chief Judge, JOLLY, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, HIGGINSON and COSTA, Circuit Judges.[1]

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

---

1.  Judge Graves is recused and did not participate in this decision.